| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David Craig Bernstein 122147<br>LAW OFFICE OF DAVID CRAIG BERNSTEIN<br>9454 Wilshire Boulevard, Suite M-5<br>Beverly Hills, California 90212<br>Email: david@davidbernsteinlaw.com<br>Telephone: (310) 288-0854<br>Fax: (310) 288-0157<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Candace Bars | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>Atif Sheikh and Naureen Sheikh,<br><br>Debtor(s). | CASE NO.: 18-bk-11471-VK<br>ADVERSARY NO.: 18-bk-ap-01116-VK<br>CHAPTER: 7 |
|---|---|
| Candace Marie Bars,<br><br>Plaintiff(s).<br>vs.<br>Atif Sheikh,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: January 9, 2018<br>TIME: 1:30 PM<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd., Woodland Hill, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (or on attached page):
Plaintiff is considering a motion for summary judgment or summary adjudication.

Defendant believes all motions addressed to the Claims Documents have been resolved.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | March 11-31, April 1-12 or July 1-16, 2019 | March, April or July 2019 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | Plaintiff's counsel, a sole practitioner, has a heavy trial calendar. | Defense counsel's calendar is open on the dates provided. |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | The parties propose discovery cut-off 30 days before the trial date | The parties propose discovery cut-off 30 days before the trial date |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories, request for production of documents, depositions of defendant and his affiliated entities. | Interrogatories and requests for production of documents. |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | 1 to 3 days | One-half day. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | Estimated, at this early stage: 5 | Estimated, at this early stage: 3 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Estimated, at this early stage: 50 - 100 | Estimated, at this early stage: 50 - 100 |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

**Plaintiff**
Pretrial conference ☒ is  ☐ is not requested
Reasons:
To narrow the issue to be tried and for motions in limine.

**Defendant**
Pretrial conference ☒ is  ☐ is not requested
Reasons:
To narrow the issue to be tried and for motions in limine.

**Plaintiff**
Pretrial conference should be set after:
(date) 2 weeks before trial

**Defendant**
Pretrial conference should be set after:
(date) _____

### E. SETTLEMENT:

1. What is the status of settlement efforts?

   The parties have commenced good faith settlement discussions and are open to an mandatory settlement conference with the Court.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   **Plaintiff**   ☒ Yes  ☐ No

   **Defendant**  ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 3                                F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

None at this time.

Respectfully submitted,

Date: 12   , 2018

The Law Office of David C. Bernstein
Printed name of law firm

*[signature]*
Signature

David C. Bernstein, Esq.
Printed name

Attorney for: Candace Bars

Date: 12/10, 2018

Steven M. Gluck, Esq.
Printed name of law firm

*[signature]*
Signature

Steven M. Gluck, Esq.
Printed name

Attorney for: Defendant Atif Sheikh

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 4                                F 7016-1.STATUS.REPORT