UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>ATIF SHEIKH and NAUREEN SHEIKH,<br><br>Debtor(s).<br><br>CANDACE MARIE BARS,<br><br>Plaintiff(s)/ Movant(s),<br>v.<br>ATIF SHEIKH,<br><br>Defendant(s)/Respondent(s). | Case No. 1:18-bk-11471-VK<br><br>[Chapter 7 ]<br><br>Adv. No. 1:18-ap-1116-VK<br><br>MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE |

1. I was assigned to mediate this matter by order of this Court dated _____ 1/18/2019_____ as the:

    (a) Mediator ___✔___;

    (b) Alternate Mediator _____;

    (c) Successor Mediator _____;

    (d) Successor Alternate Mediator _____.

2. I hereby certify that, to the best of my information and belief, the mediation assignment:

Form 706                                                                                       Revised 11/09

(a) Settled _____;

(b) Did NOT settle __✔__.

3. If the matter SETTLED:

(a) Did the matter settle prior to the mediation conference without a mediation conference being held? _____

(b) If you conducted a mediation conference that settled, on what date(s) did the conference occur? _____

(c) If you conducted a mediation conference that settled, who did you designate to prepare the settlement documentation? _____.

4. If the matter DID NOT settle:

(a) Was the matter dismissed by the Court prior to the mediation conference? No.

(b) Did you conduct a mediation conference? Yes.

(c) If you conducted a mediation conference, on what date(s) did the conference occur? April 23, 2019

DATED: April 23, 2019

Byron Z. Moldo
(Name of Mediator)

*(signature)*
(Signature of Mediator)

cc: Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, California 90012

Form 706    2    Revised 11/09

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, California 90212-2974

A true and correct copy of the foregoing document entitled: **MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 25, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David C Bernstein     david@davidbernsteinlaw.com
Steven M Gluck     sgluck@juno.com
David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 25, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon Barry Russell, Mediation Program Administrator
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 25, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA FEDEX
Honorable Victoria S. Kaufman
United States Bankruptcy Court, Central District of California
21041 Burbank Blvd., Courtroom 301 / Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 25, 2019 | Angela Matsuoka | /s/ Angela Matsuoka |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**